| | |
|---|---|
| BLOOD HURST & O'REARDON, LLP<br>TIMOTHY G. BLOOD (149343)<br>LESLIE E. HURST (178432)<br>THOMAS J. O'REARDON II (247952)<br>PAULA R. BROWN (254142)<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>Tel: 619/338-1100<br>619/338-1101 (fax)<br>tblood@bholaw.com<br>lhurst@bholaw.com<br>toreardon@bholaw.com<br>pbrown@bholaw.com<br><br>Attorneys for Plaintiff | VENABLE LLP<br>ANGEL A. GARGANTA (163957)<br>JESSICA L. GRANT (178138)<br>101 California Street, Suite 3800<br>San Francisco, CA 94111<br>Tel: 415/653-3750<br>415/653-3755 (fax)<br>aagarganta@venable.com<br>jgrant@venable.com<br><br>Attorneys for Defendant Premier<br>Nutrition Corporation |

[Additional Counsel Appear on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICIA BLAND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER NUTRITION CORPORATION; and DOES 1-25, inclusive,<br><br>Defendant. | Case No. 3:19-cv-00875-RS<br><br>[Alameda County Superior Court<br>Case No. RG1992714]<br><br>**JOINT STIPULATION AND ORDER STAYING REMAND DEADLINE AND SETTING BRIEFING SCHEDULE RE: PLAINTIFF'S MOTION FOR LEAVE TO CONDUCT JURISDICTIONAL DISCOVERY**<br><br><u>CLASS ACTION</u><br><br>Honorable Richard Seeborg<br>Courtroom 3, 17th Floor, San Francisco<br><br>Complaint Filed: January 15, 2019<br>Removed: February 19, 2019<br>Trial Date: None |

Pursuant to Local Rules 6-1 and 6-2, the parties in the above-captioned action enter into this stipulation and agreement, subject to the Court's approval, to continue the deadline for Plaintiff Patricia Bland ("Plaintiff") to move to remand this action, and to set a briefing schedule relating to Plaintiff's motion for leave to conduct jurisdictional discovery. Pursuant to Local Rule 6-2(a), a declaration from Thomas O'Reardon is concurrently submitted in support of this request.

WHEREAS, on January 15, 2019, Plaintiff filed this action, captioned *Patricia Bland v. Premier Nutrition Corporation and Does 1-25*, Civ. Action No. RG 19002714, in the Superior Court of the State of California for the County of Alameda, Northern Division (the "Action"). Plaintiff filed the Action for monetary and injunctive relief on behalf of herself and members of the following class: "All persons who purchased in California any Joint Juice product between June 21, 2016 and the date notice is disseminated."

WHEREAS, on February 19, 2019, defendant Premier Nutrition Corporation ("Premier") filed a Notice of Removal of the Action to this Court. *See* ECF No. 1 (the Notice of Removal). As more fully detailed in its Notice of Removal, Premier believes this Court has jurisdiction under the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1332(d), because minimal diversity exists. On February 26, 2019, Premier filed its answer. *See* ECF No. 14.

WHEREAS, Plaintiff's current deadline to file a motion to remand the Action is on March 21, 2019.

WHEREAS, Plaintiff wishes to conduct limited discovery to establish factual evidence in support of remand, believing that information in the possession of Premier and the two retailers who sold Joint Juice in California during the relevant time period can demonstrate that at least two-thirds of the class members are citizens of California, like Premier, and therefore CAFA's home-state controversy exception applies, 28 U.S.C. § 1332(d)(4)(B). Premier believes this Court has jurisdiction under CAFA and does not believe jurisdictional discovery is appropriate. However, Premier joins in this stipulation to stay Plaintiff's remand deadline and to allow Plaintiff an opportunity to brief her motion for leave to conduct discovery.

WHEREAS, although Plaintiff can serve discovery on Premier once the Fed. R. Civ. P. 26(f) conference takes place Plaintiff cannot serve discovery on third-parties without leave of court until the Initial Case Management Conference set for May 23, 2019. *See* ECF No. 15. Plaintiff believes it will be necessary to obtain discovery from the third-party retailers (*e.g.*, class member purchase histories and addresses from Costco and Walmart / Sam's Club) to properly brief the motion to remand.

WHEREAS, Plaintiff wishes to brief her motion for jurisdictional discovery on a more expedited basis, however, Premier opposes that request and desires the additional time afforded under the Local Civil Rules. Accordingly, the parties have agreed to brief the motion pursuant to the timing deadlines set forth in Local Civil Rule 7 (*i.e.*, 14 days for an opposition and 7 days for a reply). Given Rule 7-2(a)'s 35-day hearing provision and the Court's scheduling notes, the next available hearing date is May 2, 2019.

WHEREAS, this request will not impact any other deadlines in the case, and the Parties believe there is good cause for the requested relief.

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

1. Plaintiff's deadline to file a motion to remand the Action is stayed pending the outcome of her motion for leave to conduct jurisdictional discovery.

2. Plaintiff's motion for leave to conduct jurisdictional discovery is due on March 28, 2019.

3. Defendant's opposition to Plaintiff's motion for leave to conduct jurisdictional discovery is due on April 11, 2019.

4. Plaintiff's reply in support of the motion for leave to conduct jurisdictional discovery is due on April 18, 2019.

5. The motion for leave to conduct jurisdictional discovery will be noticed for hearing on May 2, 2019, at 1:30 p.m.

6. A schedule for completing the jurisdictional discovery, if any, and for filing the motion to remand shall be set in connection with the hearing.

NOW, THEREFORE, this Agreement is entered into by and among the Parties, by and through their respective counsel and representatives.

Respectfully submitted,

Dated: March 20, 2019

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)

By: *s/ Thomas J. O'Reardon*
THOMAS J. O'REARDON II

501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com

ALTAIR LAW
CRAIG M. PETERS (1840180)
465 California Street, 5th Floor
San Francisco, CA 94104-3313
Tel: 415/988-9828
cpeters@altairlaw.us

CARLSON LYNCH LLP
TODD D. CARPENTER (234464)
1350 Columbia Street, Suite 603
San Diego, CA 92101
Tel: 619/762-1910
619/756-6991 (fax)
tcarpenter@carlsonlynch.com

*Attorneys for Plaintiff*

Dated: March 20, 2019

VENABLE LLP
ANGEL A. GARGANTA (163957)
JESSICA L. GRANT (178138)

By: *s/ Angel A. Garganta*
ANGEL A. GARGANTA

101 California Street, Suite 3800
San Francisco, CA 94111
Tel: 415/653-3750
415/653-3755 (fax)
aagarganta@venable.com
jgrant@venable.com

VENABLE LLP
JOHN CARLOS VAZQUEZ (*pro hac vice*)
1270 Avenue of the Americas
New York, NY 10020
Tel: 212/370-6293
jcvazquez@venable.com

*Attorneys for Defendant*

**ECF CERTIFICATION**

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated: March 20, 2019　　　　　　　　　BLOOD HURST & O'REARDON, LLP

　　　　　　　　　　　　　　　　　　　By:　　*s/ Thomas J. O'Reardon*
　　　　　　　　　　　　　　　　　　　　　　THOMAS J. O'REARDON II

00147723

**ORDER**

Having reviewed the above Joint Stipulation and Proposed Order, IT IS HEREBY ORDERED that the Court finds that good cause exists for the entry of this Order:

1. Plaintiff's deadline to file a motion to remand the Action is stayed pending the outcome of her motion for leave to conduct jurisdictional discovery.

2. Plaintiff's motion for leave to conduct jurisdictional discovery is due on March 28, 2019.

3. Defendant's opposition to Plaintiff's motion for leave to conduct jurisdictional discovery is due on April 11, 2019.

4. Plaintiff's reply in support of the motion for leave to conduct jurisdictional discovery is due on April 18, 2019.

5. A hearing regarding Plaintiff's motion for leave to conduct jurisdictional discovery will take place on _____, 2019, at _____.

**IT IS SO ORDERED.**

DATED: 3/21/19

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 20, 2019.

*s/ Thomas J. O'Reardon*
THOMAS J. O'REARDON II

BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
toreardon@bholaw.com